**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES EDWARD WILLIAMS, ADC #78429**                                        **PLAINTIFF**

v.                              **CASE NO. 1:12CV00032 BSM/JTR**

**JAMES A. HILL, Sergeant,**
**Grimes Unit, Arkansas Department of Correction et al.**          **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITHOUT PREJUDICE, for failure to state a claim on which relief may be granted.

2. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g).

3. It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

Dated this 30th day of April 2012.

                                                                              *Brian S. Miller*
                                                                **UNITED STATES DISTRICT JUDGE**