IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES EDWARD WILLIAMS, ADC #78429**                                          **PLAINTIFF**

v.                           **CASE NO. 1:12CV00032 BSM/JTR**

**JAMES A. HILL, Sergeant,**
**Grimes Unit, Arkansas Department of Correction et al.**              **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal from this judgment would not be taken in good faith.

Dated this 30th day of April 2012.

                                                                UNITED STATES DISTRICT JUDGE